# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | | |
|---|---|---|
| Paloma Marquez Santes, | ) | |
| *Petitioner* | ) | |
| v. | ) | Civil Action No. 5:26-cv-04029-CJW-MAR |
| Chad Sheehan, et. al., | ) | |
| *Respondents* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑ other:  Petition for Habeas Corpus Relief pursuant to 28 USC 2241 is denied.
Judgment is entered in favor of Respondents in this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  C.J. Williams  _____ on a petition for habeas corpus relief.

Date:  4/30/26

*PAUL DE YOUNG, CLERK OF COURT*

s/ jag          Deputy Clerk

*Signature of Clerk or Deputy Clerk*